Brandt V. Tafoya et. al.

Payment for filing
(2 Money orders) inside

PRESS FIRMLY TO SEAL

PRESS FIRMLY TO SEAL

PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED

UNITED STATES POSTAL SERVICE. Retail

P

US POSTAGE PAID
$12.90
Origin: 81063
05/19/26
0767680807-01

PRIORITY MAIL®

0 Lb 7.00 Oz
RDC 03

EXPECTED DELIVERY DAY: 05/22/26

C044

SHIP TO:
STE 105A
901 19TH ST
DENVER CO 80294-2501

USPS TRACKING® #

9505 5107 2616 6139 1749 87

■ Expected de
■ Domestic sh
■ USPS Tracki
■ Limited inter
■ When used i

*Insurance does n
Domestic Mail Ma
** See Internationa

FLAT R
ONE RATE ■

TRACK

PS00001000014

EP14F October 2023
OD: 12 1/2 x 9 1/2

ional destinations.
d.
the
of coverage.
e free Package Pickup,
n the QR code.
S.COM/PICKUP

PRIORITY® MAIL

PRIORITY® ★ MAIL ★

UNITED STATES POSTAL SERVICE®
VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

FROM:
Eric P. Brandt
11452 County Road B
Manzanola, CO 81058

TO:
CLERK of Court
901 19th Street
Denver, CO. 80294
(Filing)

Label 228, March 2016 FOR DOMESTIC AND INTERNATIONAL USE

how2recycle.info PAPER POUCH

FSC MIX Board FSC® C116916

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; October 2023; All rights reserved.

This package is made from post-consumer waste. Please recycle - again.

UNITED STATES POSTAL SERVICE®

PRIORITY® MAIL

FLAT RATE ENVELOPE

ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup, scan the QR code.

USPS.COM/PICKUP

TRACKED ■ INSURED

PS00001000014

EP14F October 2023
OD: 12 1/2 x 9 1/2

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

For Domestic shipments, the maximum weight is 70 lbs. For international shipments, the maximum weight is 20 lbs.