# U.S. District Court

## District of Colorado

Receipt Date: May 26, 2026 2:41PM

Eric Brandt

Rcpt. No: 118180 Trans. Date: May 26, 2026 2:41PM Cashier ID: #EG (5024)

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 200 | Civil Filing Fee- Non-Prisoner | | 1 | 405.00 | 405.00 |

| CD | Tender | | | Amt |
|---|---|---|---|---|
| CH | Check | #19-824229316 | 05/26/2026 | $403.00 |
| CH | Check | #19-819974859 | 05/26/2026 | $2.00 |

| | |
|---|---|
| Total Due Prior to Payment: | $405.00 |
| Total Tendered: | $405.00 |
| Total Cash Received: | $0.00 |
| Cash Change Amount: | $0.00 |

**Comments**: 26-cv-2309-RTG Civil Filing Fee

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.