IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-02309-RTG

ERIC P. BRANDT,

Plaintiff,

v.

JEREMY TAFOYA,
COLORADO DEPARTMENT OF CORRECTIONS,
CECELIA KEAR,
INTERVENTION, INC.,
STEVE MEDINA,

Defendants.

---

ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES

---

Plaintiff Eric P. Brandt is a resident of Manzanola, Colorado. On May 26, 2026, he filed *pro se* a Prisoner Complaint and paid the filing fee. (ECF No. 1). Plaintiff states that he is in Community Corrections. (*Id.* at 2).

As part of the Court's review pursuant to D.C.COLO.LCivR 8.1, the Court has determined that the Prisoner Complaint is deficient as described in this order. Plaintiff is directed to cure the following deficiencies to pursue any claims in this action. Any papers that Plaintiff files in response to this order must be labeled with the civil action number identified on this order.

**Application to Proceed Pursuant to 28 U.S.C. § 1915**:
(1) __ is not submitted
(2) __ is missing signed affidavit
3) __ is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4) __ is missing certificate showing current balance in prison account

(5) __ is missing required financial information
(6) __ is missing authorization to calculate and disburse filing fee payments
(7) __ is missing an original signature by the prisoner
(8) __ is not on proper form
(9) __ names in caption do not match names in caption of complaint, petition or habeas application
(10) _ other:

**Complaint, Petition or Application**:
(11) __ is not submitted
(12) __ is not on proper form
(13) __ is missing an original signature by the plaintiff
(14) __ is missing page nos.
(15) __ uses et al. instead of listing all parties in caption
(16) __ names in caption do not match names in text
(17) __ addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(18) XX **other:**

- **The Complaint may not exceed thirty pages in length.**

- **All sections of the court-approved Prisoner Complaint form must be completed in full. Section B. must be completed in full by listing Defendants and their information. If there are more than three Defendants Plaintiff must attach an additional page listing the additional Defendants and their required information in addition to the first three. Plaintiff should list the first four Defendants on the pleading caption on the lines indicated on the form on page 1. Additional Defendants may be listed on an attached page.**

- **Plaintiff must present his claims in the space provided on the court-approved Prisoner Complaint form and provide the supporting factual allegations for each claim in the space provided. Each claim must comply with the formatting of Section D. of the form. If pages for additional claims are required, those pages must conform to the formatting of Section D. The Court is not required to sift through lengthy, improperly formatted attachments to ascertain Plaintiff's claims and allegations.**

- **The Prisoner Complaint consists, in large part, of lengthy, unnecessary legal citations and analyses. Legal argument is not necessary. Plaintiff should simply identify, in each separate claim, the specific right that allegedly was violated, who allegedly violated it, and the facts explaining what that**

**defendant(s) allegedly did to violate it.**

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers that Plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that Plaintiff shall obtain and utilize the current Court-approved Prisoner Complaint form, which is available, along with the applicable instructions, at www.cod.uscourts.gov. The form must be completed in full. The Prisoner Complaint must not exceed thirty pages in length. It is

FURTHER ORDERED that, if Plaintiff fails to cure all the designated deficiencies **within thirty (30) days from the date of this order**, the action will be dismissed without further notice.

DATED May 26, 2026.

BY THE COURT:

Richard T. Gurley
United States Magistrate Judge