IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-02309-RTG

ERIC P. BRANDT,
Plaintiff,

v.

JEREMY TAFOYA, et al.,
Defendants.

---

**ORDER GRANTING PLAINTIFF'S VERIFIED MOTION FOR EXTENSION OF TIME TO FILE AMENDED COMPLAINT TO CURE DEFICIENCIES**

---

Upon consideration of Plaintiff's Verified Motion for Extension of Time to File Amended Complaint to Cure Deficiencies, and good cause appearing therefor,

**IT IS ORDERED** that Plaintiff shall have to and including August 25, 2026, to file his amended complaint in this action.

DATED this ___ day of ___________, 2026.

BY THE COURT:

______________________________
United States Magistrate Judge