IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-02309-RTG

ERIC P. BRANDT,

Plaintiff,

v.

JEREMY TAFOYA,
COLORADO DEPARTMENT OF CORRECTIONS,
CECELIA KEAR,
INTERVENTION, INC.,
STEVE MEDINA,

Defendants.

---

**MINUTE ORDER**

---

ORDER ENTERED BY MAGISTRATE JUDGE RICHARD T. GURLEY

Plaintiff's Verified Motion for Extension of Time to File Amended Complaint to Cure Deficiencies (ECF No. 4) is **granted in part** as follows. Plaintiff shall comply with the May 26, 2026 Order Directing Plaintiff to Cure Deficiencies (ECF No. 3) on or before **July 16, 2026**. Plaintiff is reminded that if he fails to cure all designated deficiencies within the time allowed, the action may be dismissed without further notice. The dismissal shall be without prejudice.

Plaintiff is advised that that the information that he needs to file a pleading that complies with the Federal Rules of Civil Procedure, this Court's Local Rules, and the Court's May 26 order to cure are the factual allegations already known to Plaintiff. Plaintiff does not need to prove his case at the pleadings stage. Plaintiff must only set forth each of his claims for relief separately, using the court-approved form, and provide, in his own words, a short and plain statement of specific facts supporting the claim.

Dated: June 16, 2026

---