IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-02309-RTG

ERIC P. BRANDT,

Plaintiff,

v.

JEREMY TAFOYA, et al.,

Defendants.

**Order Granting Plaintiff's Verified Motion for Extension of Time**

**to File Second Amended Complaint**

Upon consideration of Plaintiff's Verified Motion for Extension of Time to File Second Amended Complaint, and good cause appearing therefor,

IT IS ORDERED that Plaintiff shall have to and including January 8, 2027, to file his Second Amended Complaint in this action.

DATED this ___ day of ___________, 20__.

BY THE COURT:

________________________________
United States Magistrate Judge

**Submitted by:**

Eric P. Brandt, Plaintiff Pro Se
11452 County Road B
Manzanola, Colorado 81058
719-281-9319
brandte007@gmail.com