IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-02309-RTG

ERIC P. BRANDT,

Plaintiff,

v.

JEREMY TAFOYA,
COLORADO DEPARTMENT OF CORRECTIONS,
CECELIA KEAR,
INTERVENTION, INC.,
STEVE MEDINA,

Defendants.

---

**MINUTE ORDER**

---

ORDER ENTERED BY MAGISTRATE JUDGE RICHARD T. GURLEY

Plaintiff's Verified Motion for Extension of Time to File Second Amended Complaint (ECF No. 8) is **granted in part** as follows. Plaintiff shall comply with the October 9, 2026 Order Directing Plaintiff to File Amended Complaint (ECF No. 7) on or before **November 16, 2026**. This action may be dismissed without further notice if Plaintiff fails to comply with the October 9 order within the time allowed. No further extensions will be granted absent an extraordinary showing of good cause.

Dated: November 13, 2026

---