IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**FILED**
**UNITED STATES DISTRICT COURT**
**DENVER, COLORADO**
11/16/2026
**JEFFREY P. COLWELL, CLERK**

Civil Action No. 26-cv-02309-RTG

ERIC P. BRANDT,

Plaintiff,

v.

JEREMY TAFOYA, et al.,

Defendants.

**NOTICE REGARDING PLAINTIFF'S FORTHCOMING MOTION TO CLARIFY**

In Plaintiff's Verified Motion for Extension of Time, filed November 9, 2026, he stated that he would file a separate motion to clarify the Court's Order Directing Plaintiff to File Amended Complaint (ECF No. 7). Plaintiff asserted he would be ready within seven days. Although Plaintiff has worked diligently, the motion is not yet ready to file. Plaintiff expects to file his motion to clarify by tomorrow (Tuesday, November 17, 2026) no later than 5:00 p.m.

Respectfully Submitted the 16th day of November, 2026,

s/Eric P. Brandt
Eric P. Brandt, Plaintiff Pro Se
11452 County Road B
Manzanola, Colorado 81058
brandte007@gmail.com
719-281-9319

---

**CERTIFICATE OF SERVICE**

Plaintiff certifies that the foregoing notice has been filed with the Clerk of Court via electronic submission on November 16, 2026. No defendant has been served with process in this action, and no defendant has entered an appearance. Service of this notice upon defendants is therefore not required at this time.

s/Eric P. Brandt