IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-02309-RTG

ERIC P. BRANDT,

Plaintiff,

v.

JEREMY TAFOYA,
COLORADO DEPARTMENT OF CORRECTIONS,
CECELIA KEAR,
INTERVENTION, INC.,
STEVE MEDINA,

Defendants.

---

**MINUTE ORDER**

---

ORDER ENTERED BY MAGISTRATE JUDGE RICHARD T. GURLEY

Plaintiff's "Verified Motion to Reconsider ECF No. 9 and to Reset the Deadline for the Second Amended Complaint" (ECF No. 12) is **granted in part** as follows. Plaintiff shall comply with the October 9, 2026 Order Directing Plaintiff to File Amended Complaint (ECF No. 7) on or before **December 28, 2026**. This action may be dismissed without further notice if Plaintiff fails to comply with the October 9 order within the time allowed. No further extensions will be granted absent an extraordinary showing of good cause.

Plaintiff has also filed a "Verified Motion to Clarify Order Directing Plaintiff to File Amended Complaint" (ECF No. 11), in which he requests that the Court "enter an Order clarifying its Order Directing Plaintiff to File Amended Complaint (ECF No. 7) by answering the questions set out in Section II.D" of the motion (*see* ECF No. 11 at 17, 16). The motion (ECF No. 11) is **denied** as procedurally unsupported.

Dated: November 25, 2026

---